UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDRE BREWSTER,

    Plaintiff,

v.                                            CASE NO: 8:04-cv-2729-T-23MAP

PUBLIX,

    Defendant.
_____/

## **ORDER**

The *pro se* plaintiff submits (Doc. 9) a "notice of appeal," which the court construes as a motion under Rule 60(b), Federal Rules of Civil Procedure, for relief from an April, 2005, order (Doc. 8) denying the plaintiff's motion to re-open the case and explaining that the plaintiff "fails to provide information requested by a previous court order." The plaintiff argues that his incarceration from January 13, 2005, until March 28, 2005, prevented his compliance with the magistrate judge's order (Doc. 6); however, he fails to provide the information requested.[1] Consequently, the plaintiff's motion (Doc. 9),

---

[1] The magistrate judge's order (Doc. 6) warned the plaintiff of dismissal without prejudice if the plaintiff failed to present an amended complaint and an EEOC right-to-sue letter within thirty days. Assuming the thirty days began upon the plaintiff's March 28, 2005, release from jail, the plaintiff still fails to file timely the required items. Consequently, the plaintiff is not entitled to relief from the order adopting (Doc. 8) the report and recommendation and closing the case.

construed as a motion for relief from the order (Doc. 8) denying the motion to re-open the case, is **DENIED**.

ORDERED in Tampa, Florida, on July 14, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE